IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**OAKS BROTHERS, INC.**                                                                            **PLAINTIFF**

**V.**                              **4:10CV00230-BRW**

**GERDAU AMERISTEEL US, INC.**                                        **DEFENDANT**

**GERDAU AMERISTEEL US, INC.**                            **THIRD-PARTY PLAINTIFF**

**v.**

**BILLY COOPER STONE COMPANY**                    **THIRD-PARTY DEFENDANT**
**D/B/A COOPER STONE CORPORATION**

## ORDER

It appears that all claims between the parties have been settled and compromised to the mutual satisfaction of the parties. Plaintiff's claims against Defendant, and Third-Party Plaintiff's claims against Third-Party Defendant are DISMISSED with prejudice.

IT IS SO ORDERED this 4th day of April, 2011.

                                                                                      /s/Billy Roy Wilson
                                                               UNITED STATES DISTRICT JUDGE